ACCEPTED
12-14-00323-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/18/2015 1:29:25 PM
Pam Estes
CLERK

NO. 12-14-00323-CV

**IN THE**
**TWELFTH COURT OF APPEALS**
**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/18/2015 1:29:25 PM
PAM ESTES
Clerk

_____

DAVID TUBB, ET AL.                                APPELLANTS

V.

ASPECT INTERNATIONAL, INC., ET AL.           APPELLEES

_____

## UNOPPOSED MOTION FOR LEAVE TO FILE CITE LETTER

_____

Appellees, Aspect International, Inc. and James Michael Sterling, request leave to file the letter containing a citation to a case mentioned in oral argument but not cited in the briefs, submitted to the Court on November 17, 2015.

WHEREFORE, Appellees request the Court to grant this motion and allow the filing letter containing a citation to a case mentioned in oral argument but not cited in the briefs.

1

Respectfully submitted,

M. KEITH DOLLAHITE, P.C.
5457 Donnybrook Avenue
Tyler, Texas  75703
(903) 581-2110
(903) 581-2113  (Facsimile)

/s/ Keith Dollahite

By:_____
M. Keith Dollahite
State Bar No. 05958550

## CERTIFICATE OF CONFERENCE

Before filing this motion, Greg Smith, the attorney for Appellants, was contacted about this motion, and he indicated he does not oppose this motion.

/s/ Keith Dollahite

_____

## CERTIFICATE OF SERVICE

This document was filed and served electronically on Gregory D. Smith, Ramey & Flock, P.C., 100 East Ferguson, Suite 500, Tyler, Texas 75702, gsmith@rameyflock.com and Wesley Hill, P.O. Box 1231, Longview, Texas 75606, wh@swfirm.com on November 18, 2015.

/s/ Keith Dollahite

_____